IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

BRIAN S. GOWER, UNITED STATES OF AMERICA, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,

    Defendants.

Civil No. 12-cv-723-JPG-SCW

## MEMORANDUM AND ORDER

THIS CAUSE coming to be heard on Plaintiff's motion to voluntarily dismiss the United States of America and for remand to state court (Doc. 5), and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's motion (Doc. 5) is **GRANTED,** and pursuant to Federal Rule of Civil Procedure 41(a)(2), the United States of America is **DISMISSED without prejudice** as a party to this action.

2. Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of judgment as to the claim between the Plaintiff and the defendant United States of America.  The Clerk of Court is **DIRECTED** to enter a Rule 54(b) judgment accordingly.

3. The remainder of this case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, for all further proceedings.

**Date:  July 10, 2012**

                        s/J. Phil Gilbert
                        **J. Phil Gilbert**
                        **United States District Judge**