IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

BRIAN S. GOWER, UNITED STATES OF AMERICA, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,

    Defendants.

Civil No. 12-cv-723-JPG-SCW

## RULE 54(B) JUDGMENT

    This matter having come before the Court, plaintiff JPMorgan Chase Bank, N.A. having voluntarily dismissed its claim against defendant United States of America, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States of America,

    IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff JPMorgan Chase Bank, N.A. against defendant United States of America is dismissed without prejudice.

    The remainder of this case is remanded to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, for all further proceedings.

**DATED: July 10, 2012**      NANCY J. ROSENSTENGEL,
    Clerk of Court

    By:s/Deborah Agans, Deputy Clerk


**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**